IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED 18 JUL 12 PM 2:38

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

Maurice Robinson on Behalf of Deceased wife Bobbie Robinson

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Methodist Health care, Clyde Jones MD, UT Bowld Hospital
University of Tenn
Regional ONE Health

(Enter above the full name of the defendant
or defendants in this action.)

Sending 12 Supporting Documents with Complaint

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or <u>federal</u> court dealing with the same facts involved in this action or otherwise relating to you          Yes (✓) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
   Plaintiffs: Maurice Robinson On Behalf of Deceased Wife
   Defendants: Regional ONE Health, University of Tenn, Methodist Health Care the new owner of U.T. Bowld Hospital, Clyde Jones MD

   2. Court (if federal court, name the district; if state court, name the county):
   Western District of Missouri Jackson County Docket number 15-00395CVW-DGK
   Western 3. Docket Number: District of Kansas County Johnson Docket 10-CV-02701 KHV
   4. Name of judge to whom case was assigned: Missouri Judge Greg Kays
   5. Disposition (for example: Was the case <u>dismissed?</u> Was it appealed? Is it still pending?)
   Kansas Judge Gerald L Rushfelt
   6. Approximate date of filing lawsuit: Missouri 7-12-15 / Kansas 10/31/2011

Also 3 Requests for the Court

Medical Record will show damage to the Pelvis, Abdomen and Uterus

Secretary Mrs Robinson was a 15 year Employee as a Administrative Secretary to three Doctors In the University of Tennessee Campus Mrs Robinson trusted her Employer University of Tenn that owned U.T. Bowld Hospital at that time, and change to new owner Methodist Health Care in 2004 Mrs Robinson had a Uterus Fibroid procedure done by Defendents Medical Records will show there part in my Complaint with Mrs Robinson Care and Health, Before Surgery Mrs Robinson Got Medical okay on Health from her personal Doctors and Medical Record will show that No Cancer, No Problem with her Uterus Pelvis or Her Abdomen Mrs Robinson was wife for 25 years, After Surgery She had Complication and Her Health had worsen and suffer with Same problem, Medical Record will show

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Maurice Robinson

Address 9315 Fairwood Dr. Kansas City Mo 64138

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Regional One Health 877 Jefferson Av, Memphis TN 38103 University of Tenn, 1407 Union Av Suite 720 Memphis TN 38104 / Clyde Jones MD 7710 Wolf River Cir at Suite One / Methodist Healthcare and Bowld Hospi Same owner

C. Additional Defendants: Methodist Healthcare Address 1265 Union Ave, Ste 700 Memphis TN

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Medical Complication Started After First Surgery with U.T. Bowld Medical Record will show Regional One did a second Surgery for the same problem After Insurance Pay U.T. Bowld to Fix Mrs Robinson Condition, the second Surgery did not Fix Mrs Robinson Medical problem, After Both Hospital Profit From Surgery Medical Record that Methodist Health care did a third Surgery on Mrs Robinson And Medical Record will show, Clyde Jones M.D. Did A Surgery And two Paracentesis Without Mrs. Robinson permission or Sign Document Mrs Robinson went into a Cardiac and Death on 4/10/03 All Defendent Profit From Mrs Robinson Insurance I Am Sending Information about Paracentesis And the Death of Mrs Robinson, the Insurance Co, was bill For A Cardiac Arrest

Revised 4/13/08

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    Mr. Robinson would like a Six Million Dollar Judgment for the pursuant to TCA 20-5-107 for Injuries damage loss of Service, Error, And Bad decision Consortium loss Expenses for her Burial And for the Pecuniary value of her life all of which was caused by the Negligence of the herein named Defendants were in each acted with less than or Failed to Act With Recognized Standard of Acceptable Professional Practice In the Profession Specialty care And Treatment For Mrs Robinson.

    Mr. Robinson Have been Sick three times After wife Death And continue to take Medication For Health

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

    Signed this __13__ day of __July__, 20__18__.

    _____
    (Signature of Plaintiff/Plaintiffs)